Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of Nebraska**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Stages Indoor Home Cycling, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
84 – 1798058

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | c/o Robert Preston, Registered Agent |
| 5335 Sterling Drive | 707 SW Washington Street |
| Number   Street | Number   Street |
| Boulder, CO 80301 | Portland, OR 97205 |
| City    State    ZIP Code | City    State    ZIP Code |
| Boulder | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Stages Indoor Home Cycling, LLC**  Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❏ Railroad (as defined in 11 U.S.C. §101(44))

❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❏ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. §501)

❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4  2  3  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

❏ Chapter 7

❏ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ❏ A plan is being filed with this petition.

   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❏ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❏ No
☑ Yes. Debtor  **See Rider 1**                    Relationship  **Affiliate**
       District  **District of Nebraska**          When  **6/22/2024**
                                                         MM / DD / YYYY
       Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  **Stages Indoor Home Cycling, LLC**  Case number *(if known)* _____
　　　　Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❏ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　**Why does the property need immediate attention?** *(Check all that apply.)*

　　❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　What is the hazard? _____

　　❏ It needs to be physically secured or protected from the weather.

　　❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　❏ Other _____

　　**Where is the property?** _____
　　　　Number　Street

　　_____
　　City　　　　　　　　　　　　State　ZIP Code

　　**Is the property insured?**
　　❏ No
　　❏ Yes.　Insurance agency _____
　　　　　　Contact name _____
　　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

❏ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　❏ 50-99　❏ 1,000-5,000　❏ 5,001-10,000　❏ 25,001-50,000　❏ 50,000-100,000
❏ 100-199　❏ 200-999　❏ 10,001-25,000　❏ More than 100,000

**15. Estimated assets**

☑ $0-$50,000　　　　　❏ $1,000,001-$10 million　　　❏ $500,000,001-$1 billion
❏ $50,001-$100,000　　❏ $10,000,001-$50 million　　❏ $1,000,000,001-$10 billion
❏ $100,001-$500,000　　❏ $50,000,001-$100 million　　❏ $10,000,000,001-$50 billion
❏ $500,001-$1 million　　❏ $100,000,001-$500 million　❏ More than $50 billion

Debtor **Stages Indoor Home Cycling, LLC**_____   Case number *(if known)* _____
     Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/22/2024**
              MM/ DD/ YYYY

X **/s/ James P. Liggett**_____       **James P. Liggett**_____
Signature of authorized representative of debtor       Printed name

Title _____**Member**_____

**18. Signature of attorney**

X _____**/s/ Patrick Patino**_____   Date **06/22/2024**
Signature of attorney for debtor         MM/ DD/ YYYY

**Patrick Patino**_____
Printed name

**Patino Law Office, LLC**_____
Firm name

**1901 Howard Street 311**_____
Number    Street

**Omaha**_____  **NE**_____  **68102**_____
City   State   ZIP Code

**(402) 401-4050**_____   **patrick@highfivelegal.com**_____
Contact phone   Email address

**25531**_____   **NE**_____
Bar number   State

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24- |
| | ) | |
| Foundation Fitness, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax ID No. 27-1639615 | ) | |

**RIDER 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Nebraska for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 of Foundation Fitness, LLC.

- Foundation Fitness, LLC
- Foundation Fitness Products, LLC
- Stages Cycling, LLC
- Stages Indoor Cycling, LLC
- Stages Indoor Home Cycling, LLC
- Stages Ride, LLC

| Fill in this information to identify the case: |
| --- |
| Debtor name: **Stages Indoor Home Cycling, LLC** |
| United States Bankruptcy Court for the: **District of Nebraska** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CH Robinson International, Inc. PO Box 9121 Minneapolis, MN 55480-9121 | | | | | | $2,457.04 |
| 2 | Equinox Media, LLC 1 Park Avenue New York, NY 10016-5802 | | | | | | $3,200.00 |
| 3 | Union Bank and Trust 2720 S 177th Street Omaha, NE 68130 | | | | | | $36,500,000.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Stages Indoor Home Cycling, LLC**                                                         Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**
**OMAHA DIVISION**

IN RE: **Stages Indoor Home Cycling, LLC**          CASE NO

                                                    CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **06/22/2024**        Signature  **/s/ James P. Liggett**
                                       James P. Liggett, Member

CH Robinson International, Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Colorado Secretary of State
1700 Broadway Suite 550
Denver, CO 80290

Equinox Media, LLC
1 Park Avenue
New York, NY 10016-5802

Foundation Fitness, LLC
1220 Main Street Suite 400
Vancouver, WA 98660

Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603

Illinois Secretary of State
115 S. LaSalle Street 300
Chicago, IL 60603

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

James P. Liggett
14215 SE 35th
Vancouver, WA 98683

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Nebraska Department of Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

Nebraska Secretary of State
PO Box 94608
Lincoln, NE 68509-4608

Oregon Secretary of State
255 Capitol Street NE
Salem, OR 97310

Orgeon Attorney General
1162 Court Street NE
Salem, OR 97301-4096

Scott P. Liggett
145 Sapodilla Drive
Islamorada, FL 33036

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

U.S. Attorney General
United States Department of Justice
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

U.S. Attorney's Office
1620 Dodge Street 1400
Omaha, NE 68102-1506

Union Bank and Trust
2720 S 177th Street
Omaha, NE 68130

Washington Attorney General
PO Box 40100
Olympia, WA 98504

Washington Secretary of State
PO Box 40220
Olympia, WA 98504-0220